David W. Knotts, ISB No. 3627
Benjamin C. Ritchie, ISB No. 7210
Austin T. Strobel, ISB No. 9803
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208-954-5201
Email: dknotts@hawleytroxell.com
       britchie@hawleytroxell.com
       astrobel@hawleytroxell.com

Attorneys for Defendant Cincinnati Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JACK DALTON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CINCINNATI INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 4:18-cv-00078 BLW<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

Plaintiff Jack Dalton, by and through undersigned counsel of record, hereby stipulates

that this action and all claims asserted herein against Defendant Cincinnati Insurance Company

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

may be dismissed with prejudice, with each party bearing its own costs and attorney's fees. The parties respectfully move the Court to enter an Order of Dismissal to memorialize this stipulated request.

DATED THIS 22nd day of October, 2018.

                HAWLEY TROXELL ENNIS & HAWLEY LLP

                By_____
                David W. Knotts, ISB No. 3627
                Attorneys for Defendant Cincinnati Insurance
                Company

DATED THIS 18 day of October, 2018.

                DAVID A. JOHNSON, PA

                By_____
                David A. Johnson – Of the Firm
                Attorney for Plaintiff Jack Dalton

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of October, 2018, I electronically filed the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

David A. Johnson, Esq.                    dave@attorneyidaho.com

_____

STIPULATION FOR DISMISSAL WITH PREJUDICE - 3

47809.0026.11432431.1