UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JACK DALTON,<br><br>                 Plaintiff,<br><br>v.<br><br>CINCINNATI INSURANCE CO.,<br><br>                 Defendant. | Case No. 4:18-cv-00078-BLW<br><br>**ORDER** |

The Court has before it the Stipulation for Dismissal with Prejudice (Dkt. 26). Good cause appearing, the Court will grant the stipulation.

**ORDER**

**IT IS ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice (Dkt. 26) is **GRANTED**, and this case is dismissed in its entirety with prejudice.

DATED:  **October 29, 2018**

B. LYNN WINMILL
Chief U.S. District Court Judge

ORDER - 1